# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L12000096812

**Entity Name:** 559 8TH STREET PARTNERS, LLC

**FILED**
**Jan 17, 2018**
**Secretary of State**
**CC5115087833**

**Current Principal Place of Business:**

9425 W BROADVIEW DRIVE
BAY HARBOR ISLANDS, FL 33154

**Current Mailing Address:**

250 95TH STREET
#5867
SURFSIDE, FL 33154-2815 US

**FEI Number:** 46-0687816

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

EISENSTADT, DAVID
250 95TH STREET
#5867
SURFSIDE, FL 33154-2815 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DAVID EISENSTADT                01/17/2018
Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MANAGING MEMBER | Title | VP |
| Name | EISENSTADT, DAVID | Name | EISENSTADT, SHOSHANA |
| Address | 250 95TH STREET #5867 | Address | 250 95TH STREET #5867 |
| City-State-Zip: | SURFSIDE FL 33154-2815 | City-State-Zip: | SURFSIDE FL 33154-2815 |

| | |
|---|---|
| Title | AUTHORIZED MEMBER |
| Name | EISENSTADT, JENNY |
| Address | 9425 W BROADVIEW DRIVE |
| City-State-Zip: | BAY HARBOR ISLANDS FL 33154 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DAVID EISENSTADT           MANAGING MEMBER           01/17/2018
Electronic Signature of Signing Authorized Person(s) Detail                Date