Filing # 71415030 E-Filed 04/30/2018 01:30:52 PM

CFN: 20180264034 BOOK 30963 PAGE 222
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

559 8TH STREET PARTNERS (LLC)    CASE NO: <u>2012-044242-CA-01</u>

   **Plaintiff,**
vs.

ARTURO REYES

   **Defendant (s),**
_____/

### SUGGESTION OF BANKRUPTCY

 THE DEFENDANTS, <u>Arturo Enrique Reyes and Griselda Reyes</u> (hereinafter "Debtors"), by and through their undersigned counsel, hereby informs this Court and Plaintiff's counsel of the following:

1. Debtors have filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, which bears case number: <u>18-15111-LMI</u> .

2. Relief was ordered on  <u>  04/30/2018  </u> .

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This suggestion of bankruptcy is for notice purposes only, and does not constitute a notice of appearance by the undersigned on this case.

 WHEREFORE, Debtors respectfully suggest that pursuant to 11 U.S.C.362, all proceedings in this cause should be stayed pending further Order of the Bankruptcy Court, Southern District of Florida.

### CERTIFICATE OF SERVICE

 **I HEREBY CERTIFY** that a true and correct copy of the foregoing Suggestion of Bankruptcy was furnished upon the Clerk of the Court via electronic transmission and Bello & Martinez, PLLC,2850 S Douglas Rd Ste 303,Coral Gables, FL 33134-6903 on this 30th of April 2018.

**Law Offices of Patrick L. Cordero, PA**
<u>ecfmail@pcorderolaw.com</u>
7333 Coral Way
Miami, FL 33155
(305) 445-4855

<u>/s/ Patrick L. Cordero   </u>
Patrick L. Cordero, Esq.
Florida Bar 801992